**John Mainama OMARIBA Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States Respondent**

No. 16-1770

United States Court of Appeals, Eighth Circuit.

Submitted: November 29, 2016

Filed: December 5, 2016

Shahzad Ghafoor, Ghafoor & Cook, Independence, MO, for Petitioner

Karen Yolanda Drummond, Carl H. McIntyre, Erik R. Quick, Katherine Ann Smith, Trial Attorneys, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

916

PER CURIAM.

John Mainama Omariba, a citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him withholding of removal and relief under the Convention Against Torture. After careful consideration, we conclude that substantial evidence supports the decision. See De Castro–Gutierrez v. Holder, 713 F.3d 375, 379–82 (8th Cir. 2013). The petition is denied. See 8th Cir. R. 47B.